UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.                                                                                          Cr. No. 10-184-2S

JOSE ANIBAL SANTIAGO

## MOTION TO WITHDRAW

Now comes the undersigned, court-appointed counsel for the Defendant Jose Anibal Santiago, and moves that this Honorable Court permit counsel to withdraw from further representation of Defendant in this case, for the reason that there has been an irremediable breakdown in the attorney-client relationship such that counsel can no longer effectively represent this Defendant.

Counsel requests that this motion be heard on December 21, 2011, the date of a previously scheduled conference in this case, and further requests that Defendant be brought to Court on that date.

                                                                JOSE ANIBAL SANTIAGO
                                                                Defendant
                                                                By His Attorney,

                                                                /s/Judith Crowell, Esq. #1993
                                                                128 Dorrance Street
                                                                Fourth Floor
                                                                Providence, RI  02903
                                                                (401) 272-6600

## CERTIFICATION

I hereby certify that on December 13, 2011, I filed a copy of this Motion via e-filing, with a copy to AUSA Adi Goldstein.

                                                                /s/ Judith Crowell, Esq.