5/6/12

Honorable Judge William E. Smith,

      Your Honor I am writing you in regards to my last request from 1/6/12 asking for anew counsel. Unfortunately my relationship with my attorney Ms. Judith Crowell isnt working out as I had mention to the courts before. I tried working the matter out as you ask because maybe I wasnt fully understanding Ms. Crowell at the beginning. But things just havent changed and since our last court appearance I havent been able to find that level of trust and comfort. Theres just too much to list of why I can no longer work with Ms. Crowell anymore. I beg that you can step in and help me with this matter and appoint me with new counsel so I may proceed in my defense stradegies with my new counsel. Your Honor, your assistance in this matter is truly needed and greatly appreciated.

      Thank You for Your Time.

Sincerely,
Jose A. Santiago

FILED
MAY 14 2012
U.S. DISTRICT COURT
DISTRICT OF R.I.